In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-06-219 CV


______________________


 

PO'WELL BIN IMAM KHIDIR KHIFATAN TUFAN SAYAH MUHAMMAD,


Appellant



V.



WARDEN STALONE, Appellee






 On Appeal from the 1A District Court


Tyler County, Texas


Trial Cause No. 19911






MEMORANDUM OPINION


 Appellant Po'well Bin Imam Khidir Khifatan Tufan Sayah Muhammad sued the
warden of the Gib Lewis Unit, where Po'well is confined, in connection with Po'well's
grievances concerning his diet. The trial court dismissed the case for noncompliance with
the statutory requirements for suits filed by indigent inmates. The appellant perfected his
appeal but failed to file a brief. On March 22, 2007, notice was given to all parties that the
appeal was subject to dismissal for want of prosecution. We dismiss the appeal for want of
prosecution. See Tex. R. App. P. 38.8(a)(1).

 APPEAL DISMISSED.

 ____________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered April 26, 2007


Before Gaultney, Kreger and Horton, JJ.